| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 62558881 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JUN 20 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>Date: 6/20/08<br>Filing Fee: $10<br>Approved: JM |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Laborers Pension Fund, et al. _____ first named plaintiff
   v.
   All Tight Masonry, Inc., et al. _____ first named defendant

   Number **08 C 3393**

2. Name of corporation being served: **All Tight Masonry, Inc.**
3. Title of court in which an action, suit or proceeding has been commenced: **USDC, N. Dist. E. Div.**
4. Title of instrument being served: **Summons and Complaint**
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
          Month & Day      Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____ .
          Month & Day      Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: **D. Macahon, Reg Agt., 115 E. Commercial St., Wood Dale, IL 60191**

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _Patrick T Wallace_                          June 18                2008
   Signature of Affiant                       Month & Day              Year

   ( 312 )  692-1540
   Telephone Number

Return to (please type or print clearly):

Fund Counsel, Laborers Pension Fund
Name
111 W. Jackson Blvd., Suite 1415
Street
Chicago, IL  60604
City/Town   State   ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**

**JUN 19 2008**

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10