UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL <br><br> PLAINTIFF(S) <br><br> vs. <br><br> ALL TIGHT MASONRY, INC. AND BRANDON CALDWELL <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 3393** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 28, 2008**, at **9:08 AM**, I served the above described documents upon **BRANDON CALDWELL** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **AMY CALDWELL / WIFE**.

Said service was effected at **24442 S PINE RIDGE DR., MONEE, IL 60449**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **30**  Hgt: **5'5"**  Wgt: **120**  Hair: **BLONDE**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 30th day of June, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME: <br> Laborers Pension and Welfare Funds* <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> 39217 |
|---|---|---|