**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABORERS' PENSION FUND, et al.,** | ) | |
| Plaintiffs, | ) | **Case No.: 08 C 3393** |
| v. | ) | |
| | ) | **Judge Castillo** |
| **ALL TIGHT MASONRY, INC.,** an Illinois | ) | |
| corporation, and **BRANDON CALDWELL,** | ) | |
| individually, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  All Tight Masonry, Inc.
c/o Daniel A. Macahon, Registered agent
115 E. Commercial Street.
Wood Dale, IL  60191

Brandon Caldwell
24442 S. Pine Ridge Drive.
Monee, IL  60449

PLEASE TAKE NOTICE that at 9:45 a.m. on Tuesday, September 16, 2008, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Ruben Castillo, Room 2141, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Order of Default Judgment in Sum Certain and to Compel an Audit, a copy of which is herewith served upon you.

September 6, 2008                                                     Laborers Pension Fund, et al.

                                                                                 By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

**PROOF OF SERVICE BY MAIL**

The undersigned certifies that on this 6th day of September 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                 /s/ Patrick T. Wallace